**No. 23-5203**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

AMERICAN CANCER SOCIETY; AMERICAN HEART ASSOCIATION; AMERICAN LUNG ASSOCIATION; AMERICANS FOR NONSMOKERS' RIGHTS; NATIONAL AFRICAN AMERICAN TOBACCO PREVENTION NETWORK; TOBACCO-FREE KIDS ACTION FUND,

*Intervenors for Plaintiff-Appellees*,

*v.*

PHILIP MORRIS USA INC.,

*Defendant-Appellant*.

On Appeal From The United States District Court For The District Of Columbia
Case No. 1:99-cv-02496-PLF, District Judge Paul L. Friedman

### STIPULATION OF DISMISSAL

| | |
|---|---|
| Mark B. Stern | Amir C. Tayrani |
| Lindsey Powell | Zachary Tyree |
| U.S. DEPARTMENT OF JUSTICE | GIBSON, DUNN & CRUTCHER LLP |
| 950 Pennsylvania Avenue, N.W. | 1050 Connecticut Avenue, N.W. |
| Washington, D.C.  20530 | Washington, D.C.  20036 |
| (202) 616-5372 | (202) 887-3692 |
| mark.stern@usdoj.gov | ATayrani@gibsondunn.com |
| lindsey.e.powell@usdoj.gov | ZTyree@gibsondunn.com |
| | |
| *Counsel for Plaintiff-Appellee* | *Counsel for Defendant-Appellant* |
| *United States of America* | *Philip Morris USA Inc.* |

Scott P. Lewis
Melissa C. Allison
Christina S. Marshall
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA  02109
(617) 621-6500
slewis@andersonkreiger.com
mallison@andersonkreiger.com
cmarshall@andersonkreiger.com

*Counsel for Intervenors-Appellees
American Cancer Society, American
Heart Association, American Lung
Association, Americans for Nonsmokers'
Rights, National African American
Tobacco Prevention Network, Tobacco-
Free Kids Action Fund*

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Defendant-Appellant Philip Morris USA Inc.; Plaintiff-Appellee the United States of America; and Intervenors-Appellees American Cancer Society, American Heart Association, American Lung Association, Americans for Nonsmokers' Rights, National African American Tobacco Prevention Network, and Tobacco-Free Kids Action Fund stipulate to dismissal of Defendant-Appellant's appeal and agree that each party shall bear its own fees and costs on appeal.

Dated:  May 14, 2024                              Respectfully submitted,

/s/ Lindsey Powell                                 /s/ Amir C. Tayrani
Mark B. Stern                                      Amir C. Tayrani
Lindsey Powell                                     Zachary Tyree
U.S. DEPARTMENT OF JUSTICE                         GIBSON, DUNN & CRUTCHER LLP
950 Pennsylvania Avenue, N.W.                      1050 Connecticut Avenue, N.W.
Washington, D.C.  20530                            Washington, D.C.  20036
(202) 616-5372                                     (202) 887-3692
mark.stern@usdoj.gov                               ATayrani@gibsondunn.com
lindsey.e.powell@usdoj.gov                         ZTyree@gibsondunn.com

*Counsel for Plaintiff-Appellee*                   *Counsel for Defendant-Appellant*
*United States of America*                         *Philip Morris USA Inc.*


/s/ Scott P. Lewis
Scott P. Lewis
Melissa C. Allison
Christina S. Marshall
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA  02109
(617) 621-6500
slewis@andersonkreiger.com
mallison@andersonkreiger.com
cmarshall@andersonkreiger.com

*Counsel for Intervenors-Appellees*
*American Cancer Society, American*
*Heart Association, American Lung*
*Association, Americans for*
*Nonsmokers' Rights, National African*
*American Tobacco Prevention*
*Network, Tobacco-Free Kids Action*
*Fund*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, I caused a true and correct copy of this stipulation to be electronically filed through the Court's CM/ECF system, which will send a notice of filing to all registered users.

Dated:  May 14, 2024                Respectfully submitted,

*/s/ Amir C. Tayrani*

Amir C. Tayrani
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 887-3692
ATayrani@gibsondunn.com